# In the United States Court of Federal Claims

| | | |
|---|---|---|
| GEOSPATIAL TECHNOLOGY ASSOCIATES, LLC, | ) ) ) ) | |
| Plaintiff, | ) ) | No. 16-346C |
| v. | ) ) | Filed: February 19, 2021 |
| THE UNITED STATES, | ) ) ) | |
| Defendant. | ) ) | |

## SCHEDULING ORDER

On February 9, 2021, plaintiff filed a motion for reconsideration of the Court's January 14, 2021, Scheduling Order granting the government's request for a 59-day extension of the deadline for the government to determine whether to assert the state secrets privilege in this matter, pursuant to Rule 59(a) of the Rules of the United States Court of Federal Claims ("RCFC") (ECF No. 234). In light of the foregoing, the Court Orders that:

1. The government shall **FILE** a response to plaintiff's motion for reconsideration on or before **March 5, 2021**; and

2. Plaintiff shall **FILE** any reply on or before **March 12, 2021**.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
Judge